COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Harris County Housing Authority v. Guy Rankin, IV

Appellate case number:   01-12-00870-CV

Trial court case number:  2012-24968

Trial court:                       190th District Court of Harris County

Date motion filed:           February 15, 2013

Party filing motion:         Appellant

      It is ordered that the motion for en banc reconsideration is DENIED.


Judge's signature:   /s/ Laura Carter Higley_____
                     Acting for the Court

En banc court consists of Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

Chief Justice Radack and Justices Keyes and Sharp not participating.


Date:  March 22, 2013_____